# IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

CYNDEE STRACENER            }
                            }
V.                          }   Civil Action No.:_____
                            }
CANDACE TEETER,             }
LANCE CRAWFORD, NICHOLAS GATES, }
AND KERRI GATES             }

## PETITION

COMES NOW the Plaintiff who petitions this Honorable Court for Order directing the winding down of the business of Carelink Extended, LLC and in association therewith a proper accounting to and for the misuse of company funds and allocation of any remaining liabilities of the company. In support of this Petition the Plaintiff would state and show:

1. That the Plaintiff as well as the named defendants entered into one or more Operating Agreements in connection with the formation of a Missouri Limited Liability Company named "CareLink Extended, LLC." The named parties to this matter are the only known, or potential, members of the LLC.

2. That in one iteration of the Operation Agreement Ms. Kerri Gates was not a member of Carelink Extended but it is presently impossible to ascertain which Agreement is governing.

3. The Plaintiff is a resident of the State of Tennessee. The Defendants are all residents of the State of Missouri. Thus, complete diversity exists.

4. That at all times relevant hereto, indeed for all times during which the entity has existed, the Plaintiff was a member of the company with an ownership interested of more than ten percent (10%)

5. That since the formation of the company, Candace Teeter has operated the business.

6. Ms. Teeter has violated her duties to the company in numerous ways.

7. Ms.. Teeter has failed to maintain corporate formalities and as such the business has failed to maintain appropriate state filings.

8. Ms. Teeter has failed to properly maintain the business's obligations for tax purposes such that the entity has failed to file and pay appropriate taxes such that penalties and fine have, or may, be assessed.

9. That Ms. Teeter has engaged in self dealing and the assumption corporate opportunities as she has used company funds for her personal gain and use and for the use and benefit of other companies with which she is affiliated to the detriment of CareLink Extended, LLC and thus has deprived the company and its members of assets and opportunities properly due to the company

10. The accounts of CareLink Extended LLC at First State Community Bank are presently closed. If other accounts exist they are unknown to the Plaintiff.

11. That the Plaintiff, through counsel, has made formal demand in June of 2022 which outlined the concerns formally asserted herein and requested relief from the other members of the board.

12. No relief has been even attempted in regards to the 30 June 2022 letter.

13. Further demand would, or likely would, be a waste of effort given the total failure to acknowledge the prior demand made.

14. Members of the business, including the Plaintiff, may have liability for certain tax obligations or the business and related penalties which would not have been incurred and would not continue to be incurred if the business has been properly managed by Ms. Teeter.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays:

1. That service issue and the Defendant's be compelled to Answer this Petition.

2. That CareLink Extended, LLC be dissolved and the business wound down.

3. That Ms. Teeter, or any responsible party, be called upon to account for any and all failures to act and misdealings and in said regard be made liable for any taxes, penalties, or similar arising from said acts or omissions for which the company or any member thereof may be liable.

4. That Ms. Teeter be held liable to her intential misuse of company funds and the usurpation of corporate opportunities and be compelled to repay to the

company the value of funds taken and the reasonable value of lost opportunities in an amount not less than $100,000.00

5. For such other and further relief to which she or other members may prove entitled.

Ashley & Arnold

By: _____
Matthew W. Willis

322 Church Ave. N.; P.O. Box H
Dyersburg, TN 38025
(731) 285-5074 Telephone
(731) 285 5089
matt@Ashleyarnold.com

Oath

STATE OF TENNESSEE
COUNTY OF DYER

Matthew W. Willis _____ being duly sworn did attest that the information and averments contained in the foregoing are true and correct to the best of my knowledge information and belief.

_____
Notary Public
My Commission Expires 3-9-25

COST BOND

Ashley and Arnold acknowledges itself surety for the costs of this cause in an amount not to exceed $1000.00

_____