IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CYNDEE STRACENER | }<br>}<br>} |
| Petitioner | }<br>}<br>} |
| V. | } Civil Action No.: 1:23-CV-00062 |
| | }<br>} |
| CANDACE TEETER<br>LANCE CRAWFORD, NICHOLAS GATES<br>AND KERRI GATES | }<br>}<br>}<br>} |
| Respondents | } |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Comes now the Petitioner, Cyndee Stracener, pursuant to Rule 41 of the Federal Rules of Civil Procedure and gives notice of her voluntary dismissal without prejudice of her Petition in order to evaluate jurisdiction in light of the Court's Order entered April 26, 2023.

This the 15th day of May 2023.

                                                Respectfully Submitted:

                                                ASHLEY & ARNOLD

                                                By: /s/ Matthew W. Willis
                                                          Matthew W. Willis
                                                  Counsel for the Petitioner

Counsel Address:

322 Church Ave N.; P. O. Box H
Dyersburg, TN  38024
(731) 285-5074 Telephone
(731) 285-5089 Facsimile
matt@ashleyarnold.com

SO ORDERED this 15th day of May, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE